UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NICOLE STEVENS-STREMEL,<br><br>            Plaintiff,<br><br>v.<br><br>AA RECOVERY SOLUTIONS, INC., and<br>PLAZA SERVICES, LLC,<br><br>            Defendants. | Case No. 24-CV-02267-DDC-TJJ |

## NOTICE AND ORDER TO SHOW CAUSE

TO THE PLAINTIFF:

Plaintiff filed her Complaint (ECF No. 1) on June 20, 2024. A review of the court docket discloses, while summons was issued on June 20, 2024, there is no indication service of summons and the Complaint has been accomplished on the named Defendants.

Federal Rule of Civil Procedure 4(m) sets a 90-day time limit for service of the complaint:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Based upon the Court's calculation, more than 90 days have passed since Plaintiff filed the Complaint on June 20, 2024, and there is no indication in the docket that Plaintiff has served the named Defendants. Accordingly,

**IT IS THEREFORE ORDERED** that **on or before November 4, 2024**, Plaintiff is hereby required to either: (1) file a notice or return showing the named Defendants were served within 90 days from the date the Complaint was filed; (2) file a motion requesting an extension of

time to serve Defendants and showing good cause for the failure to timely serve; or (3) show good cause in writing to the Honorable Daniel D. Crabtree, United States District Judge, why service of summons and the Complaint was not made in this case upon Defendants within 90 days from the date the Complaint was filed, and why this action should not be dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated October 3, 2024, at Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge